IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

Edgar Veytia,                          )
                                       )
            Plaintiff,                 )
                                       )      Case: 1:21-cv-01829 JURY DEMAND
      v.                               )      Assigned To : Jackson, Amy Berman
                                       )      Assign. Date : 7/7/2021
Federal Bureau of Prisons,             )      Description: FOIA/Privacy Act (I-DECK)
                                       )
            Defendant.                 )

- - - - - -

## CIVIL RIGHTS COMPLAINT

### I.  Jurisdiction And Venue

1.  This is a civil action, authorized by the Freedom Of Information Act, 5 USC 552(a)(4)(B), to redress the deprivation of rights under color of federal law.  This Court has jurisdiction under 5 USC 552(a)(4)(B), and 28 USC 1331.  This Court is an appropriate venue under 28 USC 1391(b)(1), because it is where the events giving rise to this cause of action occurred. Plaintiff seeks declaratory relief under 28 USC 2201 and 2202.  Plaintiff seeks injunctive relief, pursuant to 28 USC 2283, 2284, and Rule 65 of the Federal Rule Of Civil Procedure.

### II.  Parties

2.  Plaintiff, Edgar Veytia, #60875-298, is a federal inmate, currently detained at the United States Penitentiary, Marion, Illinois Communications Management Unit ("CMU"), which is under the direction and supervision of the Counter Terrorism Unit in Martinsburg, West Virginia.  Plaintiff's address: USP-Marion, Illinois, PO Box 1000, Marion, Illinois 62959-1000.

3.  Defendant, Federal Bureau Of Prisons, is an agency of the federal government.  Address:  320 First Street, NW, Room #936, HOLC Building, Washington, DC 20534.  At the time the claims alleged in this complaint arose, the Defendant was an agency of the executive branch of the federal government.

4.  At all times mentioned herein, the Defendant acted under the color of federal law.  The Defendant is being sued in its official capacity for injunctive relief.

### III.  Statement Of Claim

5.  Plaintiff, Edgar Veytia, is a federal inmate currently detained at the USP-Marion, Illinois Communications Management Unit ("CMU").  See Federal Bureau of Prisons Program Statement 5214.02, Communications Management Unit; Aref v. Lynch, et al., 833 F.3d 242 (D.C. Cir. 2016).

1

6.  Since being in the CMU, Plaintiff has submitted the following Freedom Of Information Act ("FOIA") requests to the FBOP, some of which the FBOP has responded to/acknowledged, and some for which the FBOP has provided no response:

  • A copy of every email, notes, letters, memorandums, and/or other investigative material submitted/sent by S.I.S. J. Parker at M.D.C. Brooklyn, NY, about me, wherein my name and/or register #60875-298, was used, using "Groupwise" and/or "Netmail" and any other form of email/ memorandum messaging system from the time I arrived at M.D.C. Brooklyn, NY, until I left.  FOIA Request #2020-03478.

  • A copy of all statements/affidavits, letters, notes, investigative material and any record made in the Incident Log Book in Unit K84 at Brooklyn, M.D.C., submitted and/or provided, and also created by S.I.S. Parker at M.D.C. Brooklyn, NY, regarding a report of an incident where I was being extorted by gang members.  These statements and investigative material would have been provided by inmates and correction officers, who were witnesses to the extortion, and also the conclusion to the report. FOIA Request #2020-03698.

  • A copy of all referral documentation, including all notes, memoranda, emails, and other investigative material created/generated by the FBOP's Counter Terrorism Unit ("CTU") in Martinsburg, WV, that was used to approve my transfer to the USP-Marion, IL CMU.  FOIA Request #2020-03478.

  • A copy of all emails, incoming and outgoing, via TRULINCS, to or from the following contacts in my TRULINCS contact list:
    • alicee33@outlook.abcscoop.com
    • depclem99#pastameall456@gmail.com
    • Einhorn, Jeffrey (einhorn@jeffreylichtman.com)
    • Lichtman, Jeffrey (jl@jeffreylichtman.com)
  FOIA Request #2021-00836.

7.  The following additional FOIA/PA requests were also filed by the Plaintiff:

  • A copy of my FBOP Counter Terrorism Unit ("CTU") file maintained by the FBOP's Counter Terrorism Unit ("CTU") in Martinsburg, WV, excluding copies of emails (incoming and outgoing), and letters I've sent/have received while I've been in the CMU.  FOIA/PA Request #2020-04088.

  • A copy of any complaints filed against J. Parker, Special Investigative Supervisor ("SIS") at MDC-Brooklyn, NY, by any inmate alleging staff misconduct or harassment by J. Parker, copies of all reports and the outcome of such complaints.  Sent on 3/26/2021.  No acknowledgement by the FBOP that this request was received.

  • A copy of my entire "SIS" file that was created at MDC-Brooklyn, NY, to include all reports generated by SIS J. Parker, while I was at MDC- Brooklyn, NY, from April 2017 to January 2020.  This information should be maintained in the Prison Security and Intelligence Record System.  I also want any information pertaining to my transfer to the USP-Marion, Illinois CMU, that may have been created by SIS staff at MDC-Brooklyn, NY.  Sent 3/26/2021.  No acknowledgement by the FBOP that this request was received.

•A copy of all "Summary Reports" of all "Daily Sensitive Information Reports" and "Daily Lieutenant Logs" filed by all correctional services staff, i.e., lieutenants at MDC-Brooklyn, NY from January 1, 2019 to the present.  Sent 3/26/2021.  No acknowledgement from FBOP that this request was received for processing.

•A copy of my "CTU Profile and Assessment" form created by any member of the FBOP's Counter Terrorism Unit ("CTU") to include any Intelligence Analyst assigned to monitor my communications at the CMU at USP-Marion, Illinois where I am currently housed.  Sent on 3/26/2021.  No acknowledgement that this FOIA request was received for processing.

•A copy of my entire SIS file, maintained in the Prison Security and Intelligence Record System of Records, under my name, Edgar Veytia.  Sent on 3/26/2021.  No acknowledgement that this FOIA request was received.

8.  After Plaintiff did not receive ANY responses to his FOIA requests that the FBOP did actually acknowledge, Plaintiff sent a follow-up letter on 1/7/2021, requesting the status of the 4 FOIA requests that the FBOP actually did acknowledge.  The FBOP did not respond and has not responded.  None of the other FOIA requests dated 3/26/2021 were acknowledged by the FBOP.  Those requests are attached as Exhibit A.  The FOIA requests actually acknowledged by the FBOP are attached as Exhibit B.

9.  Over the last few years, even since 2010, well before Plaintiff ever arrived to the CMU, numerous CMU inmates have filed FOIA requests with the FBOP, seeking, inter alia, (1) their CTU files, which consists of all mail, incoming and outgoing, incoming and outgoing emails, records of phone calls, all documentation utilized to transfer an inmate to the CMU, and other info; (2) their CTU "Profile and Assessment" forms; (3) emails exchanged between their assigned CTU Intelligence Analysts, and other law enforcement; (4) emails sent by CMU staff, to anyone else, regarding those inmates; and (5) other info pertaining to an inmate's confinement in the CMU/CTU.

10.  The FBOP has a long-standing policy and/or practice of assigning all FOIA/PA requests filed by CMU inmates, for the previously mentioned information, to the "complex" track, and then simply not answering those requests at all.  Some CMU inmates who have filed requests for this information have been waiting years to receive this information, even assuming that the FBOP acknowledges the request in the first instance.

11.  The FBOP also has a long-standing policy and/or practice of not acknowledging FOIA/PA requests sent to it by CMU inmates, as it has not done with many of the Plaintiff's FOIA requests, sent on 3/26/2021.  Plaintiff believes that when these requests are received by the FBOP in the Central Office, they simply throw them away, at the behest of USP-Marion, Illinois institution staff.  Plaintiff believes that these policies and practices will impair Plaintiff's ability to obtain info from the FBOP, via FOIA, in the future, and that Plaintiff has been personally harmed by these policies and practices.

IV.  Claims For Relief

12.  The allegations contained in paragraphs 5-11 are restated and are
reincorporated within EACH of the following claims for relief:


I.  Count One  -------------   Failure To Provide Access To Records Requested
                               Under FOIA In Violation Of 5 USC 552(a)(4)(B)

13.  Despite Plaintiff's properly filed FOIA requests to the FBOP, especially
those which the FBOP has acknowledged, the FBOP has refused to release ANY of
the requested records, in violation of FOIA.  Furthermore, the FBOP has
failed to acknowledge the requests that the Plaintiff sent to it in March of
2021, in violation of the FOIA.


II.  Count Two  ------------   The FBOP's "Policy And Practice" Of Assigning
                               All CMU Inmates' FOIA/PA Requests To The
                               Complex Track And Not Acknowledging CMU Inmates'
                               Requests

14.  Plaintiff contends that the FBOP has a long-standing policy and/or
practice of (1) assigning all CMU inmates' FOIA/PA requests to its "complex"
track, then (2) not responding to those requests by releasing the requested
information, when (3) the information requested pertains to the CMU (such as
emails of CMU staff or other USP-Marion, IL staff) or the FBOP's Counter
Terrorism Unit ("CTU") (such as "CTU Profile and Assessment" forms or "CTU
files"), and (4) simply not even acknowledging FOIA/PA requests filed by CMU
inmates at all.  Plaintiff contends that these policies and/or practices are
what have caused the FBOP to not respond to his FOIA/PA requests, and/or
acknowledge them, and assign them to the "complex" track, and not release the
requested information, and that Plaintiff will continue to suffer harm in the
future, as Plaintiff plans on filing many more FOIA requests with the FBOP in
the future.

## V.   Requested Relief

15.   Wherefore, Plaintiff respectfully requests that this Court GRANT him the following relief to which he may be entitled:

(A)   A declaration that the acts/omissions of the Defendant violated the Constitution, laws, and treaties of the United States, as well as the Freedom Of Information Act;

(B)   A preliminary injunction ENJOINING the FBOP from continuing its unlawful policy and practice of assigning all CMU inmates' FOIA/PA requests to the complex track, from delaying responses to those FOIA/PA requests filed by CMU inmates, especially those requesting info pertaining to, and about, CMU staff, and CTU, and/or CTU information, and ENJOINING FBOP from trashing CMU inmates' requests sent to the FBOP's FOIA/PA office in DC, i.e., not acknowledging them;

(C)   All costs involved in bringing this case;

(D)   All other appropriate equitable relief.

## VI.   Jury Demand

16.   The Plaintiff requests a trial by jury on all issues triable by a jury.


Declaration under the D.C. Rules of Civil Procedure:

I certify to the best of my knowledge, information, and belief that this Complaint is in full compliance with the Rules of Civil Procedure and other laws of the District of Columbia.  The undersigned also recognizes that failure to comply with the D.C. Rules of Civil Procedure may result in sanctions.

Signed on:  June 21, 2021

Edgar Veytia, #60875-298
USP-Marion CMU
P.O. Box 1000
Marion, IL 62959-1000

# EXHIBIT
# A



Edgar Veytia, #60875-298
United States Penitentiary
P.O. Box 1000
Marion IL 62959
October 10, 2020

Federal Bureau of Prisons
Office of General Counsel
320 First Street NW
Washington DC 20534

Attention:  FOIA/PA Request

Dear Sirs:

I am requesting a copy of all e-mails, sent or received through TRULINCS, to or from the following contacts:

> Aaa, Aaa (alicee33@outlook.abcscoop.com)
> Bbb, Bbb (depclem99+pastameall456@gmail.com)
> Ccc, Cccc
> Einhorn, Jeffrey (einhorn@jeffreylichtman.com)
> Lichtman, Jeffrey (jl@jeffreylichtman.com)

Please search records beginning in the year 2008 through to the present. The subject matter is all communications with the above listed contacts sent or received through TRULINCS involving the account of Edgar Veytia, #60875-298.  If any additional individuals are involved, they are unknown to me.

I believe this reasonably describes the Bureau records that are sought,  If you still need additional information, please let me know.

Please send me an acknowledgement letter, notifying me of your receipt of my FOIA request, pursuant to 28 CFR 16.6(b).

Thank you.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Dated October 10, 2020.

Sincerely,

Edgar Veytia

Edgar Veytia, #60875-298
CMU Marion, IL
P.O. Box 1000
Marion, IL 62959

To:
Federal Bureau of Prisons
Central Office of FOIA/PA
320 First Street, NW, Room 841
HOLC Building
Washington DC 20534

Freedom of Information Act Request

•Pursuant to the Freedom of Information Act, please send me the following information within 20 days:

•A copy of any complaints filed against J. Parker, Special Investigative Supervisor at MDC Brooklyn, NY, by any inmate alleging staff misconduct or harassment by J. Parker, copies of all reports, and the outcome of such complaints.

•Please send me an "acknowledgement letter" acknowledging receipt of my FOIA request pursuant to 28 CFR 16.6(b).

Thank you.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Dated March 26, 2021.

Sincerely,


Edgar Veytia

Edgar Veytia, #60875-298
USP Marion, IL
P.O. Box 1000
Marion, IL 62959-1000

To:
Federal Bureau of Prisons
Central Office
FOIA/PA Office
320 First Street, N.W.
Room 841, HOLC Building
Washington, D.C. 20534

Freedom of Information Act Request

•Pursuant to the Freedom of Information Act/Privacy Act, please send me the
following information within 20 days:

•A copy of my entire "SIS" file that was created at MDC-Brooklyn, NY, to
include all reports generated by Special Investigative Supervisor Parker
while I was at MDC-Brooklyn, NY, from April 2017 to January 2020. This
information should be maintained in the Prison Security and Intelligence
Record System.  I also want any info pertaining to my transfer to the
USP-Marion, IL Communications Management Unit ("CMU"), that may have been
created by SIS staff at MDC-Brooklyn, NY.

•Please send me an "acknowledgement letter" acknowledging receipt of my FOIA
request pursuant to 28 CFR 16.6(b).

•I understand that fees may be charged for searching for records at rates set
by the DOJ, and for the duplication of copies at $0.05 per copy.  I'm
entitled to the first 100 copies/pages of responsive records, and 2 hours of
search time at no cost, and the remaining combined charges for search and
duplication must exceed $25.00 before any fees can be charged.  Please send me
up to 600 pages of responsive records, which will not implicate any fees
more than $25.00.

Thank you.

I declare under penalty of perjury under the laws of the United States of
America, that the foregoing is true and correct.

Dated March 26, 2021.

Sincerely,


Edgar Veytia

Edgar Veytia, #60875-298
USP Marion, IL
P.O. Box 1000
Marion, IL 62959-1000

To:
Federal Bureau of Prisons
Central Office
FOIA/PA Office
320 First Street, N.W.
Room 841, HOLC Building
Washington, D.C. 20534

Freedom of Information Act Request

•Pursuant to the FOIA/PA, please send me the following information within 20
days:

•A copy of all "Summary Reports" of all "Daily Sensitive Information Reports"
and "Daily Lieutenant Logs" filed by all correctional services staff, i.e.,
lieutenants at MDC-Brooklyn, NY, from 1/1/2019 to the present date this request
is received by the FBOP for processing.

•Please send me an "acknowledgement letter" acknowledging receipt of my FOIA
request pursuant to 28 CFR 16.6(b).

Thank you.

I declare under penalty of perjury under the laws of the United States of
America, that the foregoing is true and correct.

Dated March 26, 2021.

Sincerely,


Edgar Veytia

Edgar Veytia, #60875-298
USP Marion, IL
P.O. Box 1000
Marion, IL 62959-1000

To:
Federal Bureau of Prisons
Central Office
FOIA/PA Office
320 First Street, N.W.
Room 841, HOLC Building
Washington, D.C. 20534

Freedom of Information Act Request

•Pursuant to the FOIA/Privacy Act, please send me the following information
within 20 days:

•A copy of my "CIU Profile and Assessment" form, created by any member of the
FBOP's Counterterrorism Unit ("CIU"), to include any Intelligence Analyst
assigned to monitor my communications at the Communications Management Unit
("CMU") at USP-Marion, IL, where I am currently housed.

•Please send me an "acknowledgement letter" acknowledging receipt of my FOIA
request pursuant to 28 CFR 16.6(b).

Thank you.

I declare under penalty of perjury under the laws of the United States of
America, that the foregoing is true and correct.

Dated March 26, 2021.

Sincerely,


Edgar Veytia

Edgar Veytia, #60875-298
USP Marion, IL
P.O. Box 1000
Marion, IL 62959-1000

To:
Federal Bureau of Prisons
Central Office
FOIA/PA Office
320 First Street, N.W.
Room 841, HOLC Building
Washington, D.C. 20534

## Freedom of Information Act Request

·Pursuant to the Freedom of Information Act, please send me the following
information within 20 days:

·A copy of my entire SIS file, maintained in the Prison Security and Intelligence
Record System of Records, *under my name, Edgar Veytia,*

·Please send me an "acknowledgement letter" acknowledging receipt of my FOIA
request pursuant to 28 CFR 16.6(b).

Thank you.

I declare under penalty of perjury under the laws of the United States of
America, that the foregoing is true and correct.

Dated March 26, 2021.

Sincerely,


Edgar Veytia

# EXHIBIT

## *B*

Edgar Veytia, #60875-298
CMU Marion
PO Box 1000
Marion IL 62959
January 7, 2021

Federal Bureau Of Prisons
FOIA/Privacy Act Office
320 First Street, NW
Room 841, HOLC Building
Washington, DC 20534

Dear Sirs:

I am writing in reference to the following four Freedom Of Information Act/
Privacy Act requests which were requested in the past and which are still
pending before you.  I would like to be informed as to the current status of
these requests:

1) FOIA/PA Num. 2020-03698
   Processing Office NCR

2) FOIA/PA Num. 2020-03478
   Processing Office NCR

3) FOIA/PA Num. 2021-00836
   Processing Office NCR

4) FOIA/PA Num. 2020-04088
   Processing Office NCR

This information is vital to me.  Please inform me of the status of these
requests.

Thank you.

Sincerely,

Edgar Veytia

2020-03698

DATE
NER

Edgar Veytia #60875298
C.M.U. Marion, P.O Box 1000
Marion, IL. 62959

Federal Bureau of prisons
Central office, FOIA/PA.
320 first st. N.W. Room 841
Hdc. Building. Washington Dc.

**Received**

MAY 08 2020

FOIA/PA Section
Federal Bureau of Prisons

"Freedom of Information act request"

· Pursuant to the freedom of Information act/Privacy
act, please send me the following info. within 20 days.

· A copy of every e-mail, notes, letters, memorandum
and or other Investigative materail Sent by. S.I.S.
J. Paker at MDC. Brooklyn, NY. about me, were my
name and/or register num. #60875298, was used, using.
"Groupwise" and/or "Netmail" and any other form of
e-mail/memorandum messaging, System from the time
I. arrived at MDC. Brooklyn, NY, until I left.

· Please send me an "acknowledgement letter, notifying
your reception of my F.O.I.A. request. Pursuant to
28 CFR 16.6(b), thank you.
                        4-24-2020

Edgar Veytia #60875298
C.M.U. Marion, IL PO Box 1000
Marion, IL 62959

No. 2020-03698

MAR NER

·Federal Bureau of Prisons

Received

Central office, F.O.I.A / P.A.

MAY 08 2020

320 first st. N.W Room 841

FOIA/PA Section
Federal Bureau of Prisons

Holc Building, washington DC.

"Freedom of Information act request"

·Pursuant to the freedom of Information
act/Privacy act, please send me the following info.
within 20 days.

·A copy of all statements /affidavits, Letters
notes, Investigative material and any record made
in the Incident Log book in unit K84 at brooklyn
N.Y. submitted and/or provided, and also created to
or by .s.I.s J. Paker at MDC. Brooklyn NY, regarding
a report of a Incident were I was being extorted by
gang members. these statements and Investigative ma-
terial would have been provided by inmate and
Correction Officers, who were witnesses to the
extortion, and also the conclusion to the report.
Thank you.

4-24-2020



U.S. Department of Justice
Federal Bureau of Prisons

Northeast Regional Office
2nd & Chestnut St., 7th Floor
Philadelphia, PA 19106
215-521-7391

May 11, 2020
Edgar Veytia
Reg. No.: 60875-298
CMU Marion
PO Box 1000
Marion, IL 62959

Dear Mr. Veytia:

The Federal Bureau of Prisons (BOP) received your Freedom of Information Act/Privacy Act (FOIA/PA) request. Your request has been assigned a number and forwarded to the processing office noted below. Please make a note of the request number and processing office as you will need to include it in any correspondence or inquiry regarding your request. A copy of the first page of your request is attached to help you more easily keep track of your request.

FOIA/PA Request Number:          2020-03698
Processing Office:                      NER

The time needed to complete our processing of your request depends on the complexity of our records search and the volume and complexity of any records located. Each request is assigned to one of three tracks: simple, complex, or expedited. Due to the large number of FOIA/PA requests received by BOP and the limited resources available to process such requests, BOP handles each request on a first-in, first-out basis in relation to other requests in the same track. Your request was assigned to the complex track and placed in chronological order based on the date of receipt.

We determined unusual circumstances exist as the documents responsive to your request must be searched for and collected from a field office, and/or the documents responsive to your request are expected to be voluminous and will require significant time to review, and/or your request requires consultation with at least one other agency with a substantial interest in your request. Because of these unusual circumstances, we are extending the time limit to respond to your request for the ten additional days provided by the statute. Processing complex requests may take up to nine months. Pursuant to 28 C.F.R. § 16.5(b) and (c), you may narrow or modify your request in an effort to reduce the processing time.

**Please be advised that due to necessary operational changes as a result of the national emergency concerning the novel coronavirus disease (COVID-19) outbreak, there may be some delay in the processing of your request.**

Pursuant to 28 C.F.R. § 16.10, in certain circumstances we are required to charge fees

for time spent searching for or duplicating responsive documents. If we anticipate your fees will be in excess of $25.00 or the amount you have indicated you are willing to pay, we will notify you of the estimated amount.  At that time, you will have the option to reformulate your request to reduce the fees. If you requested a fee waiver, we will make a decision whether to grant your request after we determine whether fees will be assessed for this request.

If you have any questions or wish to discuss reformulation or an alternative time frame for the processing of your request, please feel free to contact the NER at 202 514-6655 or the Federal Bureau of Prisons' (BOP) FOIA Public Liaison, Mr. C. Darnell Stroble at 202-616-7750 or 320 First Street NW, Suite 936, Washington DC 20534.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information, Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

*K. Blow*

K. Blow, GIS, for
Eugene Baime, Supervisory Attorney



**U.S. Department of Justice**
Federal Bureau of Prisons

*North Central Regional Office*

---

*Office of the Regional Counsel*

400 State Avenue
Tower II, Suite 800
Kansas City, KS 66101

April 29, 2020

Edgar Veytia
Reg. No.: 60875-298
CMU Marion
PO Box 1000
Marion, IL 62959

Dear Requester:

The Federal Bureau of Prisons (BOP) received your Freedom of Information Act/Privacy Act (FOIA/PA) request. Your request has been assigned a number and forwarded to the processing office noted below. Please make a note of the request number and processing office as you will need to include it in any correspondence or inquiry regarding your request. A copy of the first page of your request is attached to help you more easily keep track of your request.

FOIA/PA Request Number:       2020-03478
Processing Office:            NCR

The time needed to complete our processing of your request depends on the complexity of our records search and the volume and complexity of any records located. Each request is assigned to one of three tracks: simple, complex, or expedited. Due to the large number of FOIA/PA requests received by BOP and the limited resources available to process such requests, BOP handles each request on a first-in, first-out basis in relation to other requests in the same track. Your request was assigned to the complex track and placed in chronological order based on the date of receipt.

We determined unusual circumstances exist as the documents responsive to your request must be searched for and collected from a field office, and/or the documents responsive to your request are expected to be voluminous and will require significant time to review, and/or your request requires consultation with at least one other agency with a substantial interest in your request. Because of these unusual circumstances, we are extending the time limit to respond to your request for the ten additional days provided by the statute. Processing complex requests may take up to nine months. Pursuant to 28 C.F.R. § 16.5(b) and (c), you may narrow or modify your request in an effort to reduce the processing time.

Pursuant to 28 C.F.R. § 16.10, in certain circumstances we are required to charge fees for time spent searching for or duplicating responsive documents. If we anticipate your fees will be in excess of $25.00 or the amount you have indicated you are willing to pay, we will notify you of the estimated amount.  At that time, you will have the option to reformulate your request to reduce the fees. If you requested a fee waiver, we will make a decision whether to grant your request after we determine whether fees will be assessed for this request.

If you have any questions or wish to discuss reformulation or an alternative time frame for the processing of your request, please feel free to contact the NCR at the above address or the Federal Bureau of Prisons' (BOP) FOIA Public Liaison, Mr. C. Darnell Stroble at 202-616-7750 or 320 First Street NW, Suite 936, Washington DC 20534.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

*J.C. Glover*

for
Richard M. Winter
Regional Counsel

Edgar Veytia, #60875-298
United States Penitentiary
P.O. Box 1000
Marion IL 62959
October 10, 2020

**Received**

NOV 0 4 2020

FOIA/PA Section
Federal Bureau of Prisons

2021-00836

Federal Bureau of Prisons
Office of General Counsel
320 First Street NW
Washington DC 20534

Attention:  FOIA/PA Request

Dear Sirs:

I am requesting a copy of all e-mails, sent or received through TRULINCS, to or from the following contacts:

     Aaa, Aaa (aliaee33@outlook.abcscoop.com)
     Bbb, Bbb (depclem99kpastameall456@gmail.com)
     Ccc, Cccc
     Einhorn, Jeffrey (einhorn@jeffreylichtman.com)
     Lichtman, Jeffrey (jl@jeffreylichtman.com)

Please search records beginning in the year 2008 through to the present. The subject matter is all communications with the above listed contacts sent or received through TRULINCS involving the account of Edgar Veytia, #60875-298.  If any additional individuals are involved, they are unknown to me.

I believe this reasonably describes the Bureau records that are sought.  If you still need additional information, please let me know.

Please send me an acknowledgement letter, notifying me of your receipt of my FOIA request, pursuant to 28 CFR 16.6(b).

Thank you.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Dated October 10, 2020.

                         Sincerely,


                         Edgar Veytia



**U.S. Department of Justice**
Federal Bureau of Prisons

*North Central Regional Office*

---

*Office of the Regional Counsel*

400 State Avenue
Tower II, Suite 800
*Kansas City, KS  66101*

November 9, 2020

Edgar Veytia
Reg. No.:  60875-298
USP Marion
PO Box 1000
Marion, IL  62959

Dear Requeter:

The Federal Bureau of Prisons (BOP) received your Freedom of Information Act/Privacy Act (FOIA/PA) request. Your request has been assigned a number and forwarded to the processing office noted below. Please make a note of the request number and processing office as you will need to include it in any correspondence or inquiry regarding your request. A copy of the first page of your request is attached to help you more easily keep track of your request.

FOIA/PA Request Number:     2021-00836
Processing Office:               NCR

The time needed to complete our processing of your request depends on the complexity of our records search and the volume and complexity of any records located. Each request is assigned to one of three tracks: simple, complex, or expedited. Due to the large number of FOIA/PA requests received by BOP and the limited resources available to process such requests, BOP handles each request on a first-in, first-out basis in relation to other requests in the same track. Your request was assigned to the complex track and placed in chronological order based on the date of receipt.

We determined unusual circumstances exist as the documents responsive to your request must be searched for and collected from a field office, and/or the documents responsive to your request are expected to be voluminous and will require significant time to review, and/or your request requires consultation with at least one other agency with a substantial interest in your request. Because of these unusual circumstances, we are extending the time limit to respond to your request for the ten additional days provided by the statute. Processing complex requests may take up to nine months. Pursuant to 28 C.F.R. § 16.5(b) and (c), you may narrow or modify your request in an effort to reduce the processing time.

FROM: 60875298
TO:
SUBJECT: F.O.I.A.
DATE: 05/12/2020 02:58:27 PM

Edgar Veytia # 60875298
CMU Marion
POBOX 1000
Marion, IL. 62959

May 12, 2020

Federal Bureau of Prisons
Central Office
320 First St., NW Room 841
Washington, DC. 20534

RE- THIS IS A FREEDOM OF INFORMATION ACT REQUEST

Pursuant to the freedom of information act/ Privacy act, please send me the following within 20 days:

* A copy of my FBOP Counter Terrorism Unit (CTU) file maintained by the FBOP's Counter Terrorism Unit(CTU) in Martinsburg, WV. excluding copies of emails (incoming and out going) and letters I've sent/have received while vie been in the CMU.

* Please send me an acknowledgement letter, acknowledging the receipt of my request, pursuant to 28 CFR 16.6(b).

* I understand that fees may be charged for searching for records at rules set by the DOJ, and for duplication of copies at 0.05 per copy. I'm entitled to the first 100 pages of responsive records, and 2 hours of search time at no cost, and the remaining combined charges for searched duplication must exceed $25.00, before any fees can be charged. Please send me up to 600 pages of responsive records, which will not implicate any fees more than $25.00.

Edgar Veytia

Edgar Veytia # 60875298
CMU Marion
P.O. Box 1000
Marion, IL 62959

NCR/MAR

Received

APR 27 2020

FOIA/PA Section
Federal Bureau of Prisons

April 17, 2020

Federal Bureau of Prisons
Central Office
FOIA/PA office
320 First Street N.W.
Room 841, HOLC Building
Washington, D.C. 20534

FREEDOM OF INFORMATION ACT REQUEST

Pursuant to the Freedom of information act/ Privacy Act, Please send me the following info within 20 days:

· A copy of all referral documentation, including all notes, memoranda, e-mail and other Investigative material created/generated by the FBOP's Counter-Terrorism unit (CTU) in Martinsburg, WV, That was used to Approve my transfer to the CMU-USP Marion, IL. Communications Management unit (CMU)

I am aware that I am entitled to the first 100 pages and 2 hours of search at no charge. Please send me that. In addition please send me an "acknowledgement letter," notifying your reception of my FOIA request. Pursuant to 28 CFR 16.6(b).

4-15-20



**U.S. Department of Justice**
Federal Bureau of Prisons

*North Central Regional Office*

---

*Office of the Regional Counsel*          *400 State Avenue*
*Tower II, Suite 800*
*Kansas City, KS 66101*

May 22, 2020

Edgar Veytia
Reg. No. 60875-298
USP Marion
P.O. Box 1000
Marion, IL 62959

Dear Requester:

The Federal Bureau of Prisons (BOP) received your Freedom of Information Act/Privacy Act (FOIA/PA) request. Your request has been assigned a number and forwarded to the processing office noted below. Please make a note of the request number and processing office as you will need to include it in any correspondence or inquiry regarding your request. A copy of the first page of your request is attached to help you more easily keep track of your request.

FOIA/PA Request Number:          2020-04088
Processing Office:               NCR

The time needed to complete our processing of your request depends on the complexity of our records search and the volume and complexity of any records located. Each request is assigned to one of three tracks: simple, complex, or expedited. Due to the large number of FOIA/PA requests received by BOP and the limited resources available to process such requests, BOP handles each request on a first-in, first-out basis in relation to other requests in the same track. Your request was assigned to complex track and placed in chronological order based on the date of receipt.

We determined exceptional circumstances exist as the documents responsive to your request must be searched for and collected from a field office, and/or the documents responsive to your request are expected to be voluminous and will require significant time to review, and/or your request requires consultation with at least one other agency with a substantial interest in your request. Because of these unusual circumstances, we are extending the time limit to respond to your request beyond the ten additional days provided by the statute. Processing complex requests may take

up to nine months. Pursuant to 28 C.F.R. § 16.5(b) and (c), you may narrow or modify your request in an effort to reduce the processing time.

Pursuant to 28 C.F.R. § 16.10, in certain circumstances we are required to charge fees for time spent searching for or duplicating responsive documents. If we anticipate your fees will be in excess of $25.00 or the amount you have indicated you are willing to pay, we will notify you of the estimated amount. At that time, you will have the option to reformulate your request to reduce the fees. If you requested a fee waiver, we will make a decision whether to grant your request after we determine whether fees will be assessed for this request.

If you have questions regarding the status of your request or anything discussed in this letter, you may contact the North Central Regional Office or the BOP FOIA Public Liaison, Mr. C. Darnell Stroble at (202) 616-7750 or BOP FOIA Section, 320 First Street, NW, Room 936, Washington, D.C. 20534. You can also check the status of your request on line at http://www.bop.gov/PublicInfo/execute/foia.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information, Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

E. Fenstermaker
for

Richard M. Winter
Regional Counsel

Pursuant to 28 C.F.R. § 16.10, in certain circumstances we are required to charge fees for time spent searching for or duplicating responsive documents. If we anticipate your fees will be in excess of $25.00 or the amount you have indicated you are willing to pay, we will notify you of the estimated amount.  At that time, you will have the option to reformulate your request to reduce the fees. If you requested a fee waiver, we will make a decision whether to grant your request after we determine whether fees will be assessed for this request.

If you have any questions or wish to discuss reformulation or an alternative time frame for the processing of your request, please feel free to contact the NCR at the above address or the Federal Bureau of Prisons' (BOP) FOIA Public Liaison, Mr. C. Darnell Stroble at 202-616-7750 or 320 First Street NW, Suite 936, Washington DC 20534.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

for
Richard M. Winter
Regional Counsel

# EXHIBIT

C

**ZACHARY A. CHESSER, Plaintiff, v. DIRECTOR FEDERAL BUREAU OF PRISONS, Defendant.**
**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**
**2018 U.S. Dist. LEXIS 131629**
**Civil Action No. 15-cv-01939-NYW**
**August 6, 2018, Decided**
**August 6, 2018, Filed**

**Editorial Information: Prior History**

Chesser v. Dir., Fed. Bureau of Prisons, 2015 U.S. Dist. LEXIS 150303 (D. Colo., Nov. 5, 2015)

**Counsel**                    {2018 U.S. Dist. LEXIS 1}Zachary A. Chesser, Plaintiff, Pro se, FLORENCE, CO.

For Director Federal Bureau of Prisons, Defendant: David Z. Moskowitz, Susan Begesse Prose, U.S. Attorney's Office-Denver, Denver, CO.

**Judges:** Nina Y. Wang, United States Magistrate Judge.

© 2021 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

60875298

The first document Mr. Chesser takes issue with is a **CTU Profile and Assessment** of Plaintiff, dated December 11, 2013. He argues it is not a BOP business record and not based on personal knowledge. *See* [#191-1 at**{2018 U.S. Dist. LEXIS 12}** 1, 24]. But Mr. Jones states, under oath, "The Profile and Assessment was prepared by CTU personnel, who conducted an exhaustive analysis of available information about Chesser." [#181-2 at ¶ 5]. Mr. Jones continues that he has "studied the information and analysis contained in the Profile and Assessment" and relies on its analysis "in monitoring and analyzing Chesser's communications." [*Id.* at ¶ 6]. Though Mr. Jones may not have compiled the Profile and Assessment, Mr. Chesser's objections go more to the weight of Mr. Jones's testimony, not its admissibility, because there is no dispute Mr. Jones reviewed the Profile and Assessment and the document appears authentic. *See Bryant v. Farmers Ins. Exch.*, 432 F.3d 1114, 1123-24 (10th Cir. 2005) (holding supervisor's declaration was based on her personal knowledge where she reviewed audits maintained by the company that she relied on even if she did not compile the audits or understand the methodology used to compile them). Moreover, the Profile and Assessment, if offered at trial, would be admissible under either Rule 802(d)(2) or Rule 803(6). Thus, Mr. Jones's testimony concerning the Profile and Assessment is based on his personal knowledge, and the court will not strike it.

© 2021 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

60875298