## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDGAR VEYTIA,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | **Civil Action No. 21-1829 (ABJ)** |
| **v.** ) | **(ECF)** |
| ) | |
| **BUREAU OF PRISONS,** ) | |
| ) | |
| **Defendant.** ) | |

### ANSWER

The United States Federal Bureau of Prisons ("Defendant" or "BOP"), by and through undersigned counsel, respectfully Answers the Complaint filed by Edgar Veytia ("Plaintiff"), raising claims under the Freedom of Information Act 5 U.S.C. 552, et seq. ("FOIA"). *See* ECF No. 1. In response, Defendant states as follows:

### JURISDICTION AND VENUE

1.      This paragraph does not contain factual allegations but rather consists of Plaintiff's allegations regarding jurisdiction and venue, which are legal conclusions to which no response is required. The remaining portion of the paragraph contains Plaintiff's characterization of this action and the relief it seeks, to which no response is required.

### PARTIES

2.      This paragraph contains Plaintiff's characterization of itself, to which no response is required.

3.      Defendant admits that it is a component of the United States Department of
Justice and its headquarters is located at 320 First Street, NW, Washington, DC 20534.  The
remainder of the allegations in this paragraph are legal conclusions to which no response is
required.

4.      This paragraph consists of Plaintiff's conclusions of law, to which no response is
required; to the extant any response is required, denied.

## STATEMENT OF CLAIMS

5.      This paragraph contains Plaintiff's characterization of itself, to which no response
is required.

6.      This paragraph contains Plaintiff's characterization of the FOIA requests he
submitted, to which no response is required.  The FOIA requests speak for themselves and are
the best evidence of their contents.  Defendant admits Plaintiff submitted the requests described
in this paragraph, but avers that each request was acknowledged in writing by Defendant.
Defendant further avers that some of the request numbers attributed by Plaintiff in his complaint
are incorrect.

7.      This paragraph contains Plaintiff's characterization of the FOIA requests he
submitted, to which no response is required.  The FOIA requests speak for themselves and are
the best evidence of their contents.  To the extent any response is required, Defendant admits
Plaintiff submitted the FOIA requests described by Plaintiff in this paragraph.  Defendant denies
the remaining portions of the paragraph and asserts that the FOIA requests were logged as
Request Number 2021-03892 and were acknowledged in writing on April 15, 2021.

8.      Defendant admits that as of the filing of the Complaint, it has yet to produce any records to Plaintiff in response to Plaintiff's requests.  Defendant admits that it received a letter from Plaintiff dated January 7, 2021, inquiring as to the status of four FOIA requests.  The letter speaks for itself, and Defendant respectfully refers the Court to the letter for a full and accurate statement of its contents.  Defendant denies the remainder of this paragraph.

9.      This paragraph contains legal conclusions to which no response is required.  To the extent any response is required, Defendant denies the allegations.

10.     This paragraph contains legal conclusions to which no response is required.  To the extent any response is required, Defendant denies the allegations

11.     This paragraph contains Plaintiff's personal beliefs, to which no response is required.  To extent any response is required, Defendant denies the allegations.

## CLAIMS FOR RELIEF

The remainder of the Complaint consists of Plaintiff's requests for relief, to which no response is required.  To the extent a response is required, Defendant denies that Plaintiff is entitled to the relief requested.

* * *

Defendant hereby denies each and every allegation in the Complaint not expressly admitted or qualified above.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

Any information that Defendant has withheld, or will withhold, in response to Plaintiff's FOIA request may be exempt in whole or in part from public disclosure under FOIA, 5 U.S.C. § 552 *et seq*.

## THIRD AFFIRMATIVE DEFENSE

The Court lacks jurisdiction over any matter to the extent Plaintiff failed to satisfy prerequisites to suit, as well as over any requests or allegations that are not contained in a FOIA request at issue in this action.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff has not alleged sufficient factual and/or legal bases for its request for costs and/or attorney's fees.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff's request submitted under FOIA, 5 U.S.C. § 552 *et seq*., did not reasonably describe the records sought.

## SIXTH AFFIRMATIVE DEFENSE

At all times alleged in the Complaint, Defendant was acting in good faith, with justification, and pursuant to authority. Defendant respectfully requests and reserves the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known through the course of the litigation.

May 10, 2022                          Respectfully submitted,


                                      MATTHEW M. GRAVES, D.C. Bar #481052
                                      United States Attorney

                                      BRIAN P. HUDAK
                                      Chief, Civil Division

                                      By: _____/s/_____
                                      KENNETH ADEBONOJO
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      for the District of Columbia - Civil Division
                                      601 D Street, N.W,
                                      Washington, D.C.  20530
                                      Telephone: (202) 252-2562

## <u>CERTIFICATE OF SERVICE</u>

I certify that I caused a copy of the foregoing Defendant's Answer to be served upon

Plaintiff as follows:

EDGAR VEYTIA, *pro se*
Reg. No. 60875-298
FCI Pekin
Inmate Mail/Parcels
P.O. BOX 5000
Pekin, IL 61555

        /s/
KENNETH ADEBONOJO
Assistant United States Attorney
