UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDGAR VEYTIA,** ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No. 21-1829 (ABJ) |
| v. ) | (ECF) |
| ) | |
| **BUREAU OF PRISONS,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S STATUS REPORT**

Pursuant to the Court's Minute Order dated August 23, 2022, the Bureau of Prisons ("Defendant" or "BOP"), by and through undersigned counsel, respectfully submits this Defendant's Status Report in this action filed by Edgar Veytia ("Plaintiff") under the Freedom of Information Act, 5 U.S.C. § 552, *et seq*. ("FOIA"). In support hereof, Defendant respectfully states the following in response to the Court's Order:

1. By the aforementioned Minute Order, the Court ordered the BOP to submit a status report by today describing its compliance with the schedule for producing documents. Min. Ord. entered August 23, 2022.

2. The BOP has completed production of all responsive records in this litigation. Therefore, the next phase of this litigation appears to be briefing to defend the BOP's exemption claims assuming that Plaintiff has objections to them.

3. Although Agency Counsel has been on leave, the undersigned recalled, given the number of records produced and exemption claims asserted, the BOP would need at least ninety (90) days to prepare documentation that would be needed for summary judgment briefing.

1

4.	Therefore, the BOP would propose that, if Plaintiff wishes to litigate BOP's exemption claims, Defendant should file a motion for summary judgment no later than December 30, 2022.

WHEREFORE, Defendant respectfully requests that the Court maintain the previously adopted proposal for release of documents and subsequent briefing.

September 26, 2022	Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:_____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
United States Attorney's Office-DC
601 D Street, N.W. – Civil Division
Washington, D.C.  20530
Telephone: (202) 252-2562

## **CERTIFICATE OF SERVICE**

      I certify that I caused a copy of Defendant's Status Report to be served upon Plaintiff as follows:

EDGAR VEYTIA, *pro se*
Reg. No. 60875-298
FCI Pekin
Inmate Mail/Parcels
P.O. BOX 5000
Pekin, IL 61555

                                              /s/
                                    KENNETH ADEBONOJO
                                    Assistant United States Attorney