UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDGAR VEYTIA, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>BUREAU OF PRISONS, )<br>)<br>Defendant. )<br>) | Civil Action No. 21-1829 (ABJ)<br>(ECF) |

## NOTICE CORRECTING ECF No. 25

The Bureau of Prisons ("Defendant" or "BOP"), by and through undersigned counsel, respectfully submits this Notice to Correct Defendant's Motion to Enlarge. *See* ECF No. 25.

The undersigned incorrectly captioned that the above-referenced motion was filed with consent. This was an inadvertent error. The undersigned was unable to confer with Plaintiff because he is incarcerated. The undersigned regrets his error.

August 31, 2023                    Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:        /s/
KENNETH ADEBONOJO
Assistant United States Attorney
United States Attorney's Office-DC
601 D Street, N.W. – Civil Division
Washington, D.C.  20530
Telephone: (202) 252-2562

1

## **CERTIFICATE OF SERVICE**

      I certify that I caused a copy of Defendant's Notice to be served upon Plaintiff as follows:

EDGAR VEYTIA, *pro se*
Reg. No. 60875-298
Brooklyn Metro. Det. Ctr
Inmate Mail/Parcels
P.O. Box 329002
Brooklyn, NY 11232

                                                           /s/
                                         KENNETH ADEBONOJO
                                         Assistant United States Attorney