UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDGAR VEYTIA, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> BUREAU OF PRISONS, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 21-1829 (ABJ) <br> (ECF) |

**MOTION TO ENLARGE TIME TO FILE DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

Pursuant to the Federal Rule of Civil Procedure ("Rule") 6(b)(1)(A), the Bureau of Prisons, *et al.* ("Defendant" or "BOP"), by and through undersigned counsel, respectfully requests an enlargement of time until December 7, 2023, to file Defendant's Motion for Summary Judgment in response to the Complaint filed by Edgar Veytia ("Plaintiff"). In support hereof, Defendant respectfully proffers the following good cause:

1. Plaintiff commenced this action under the Freedom of Information Act, 5 U.S.C. § 552, *et seq*. ("FOIA"), arising from seven requests for various record. *See generally* ECF No. 1. Defendant's dispositive motion is due tomorrow. Defendant does not make this request lightly and does not anticipate that any additional enlargement would be needed or sought.

2. Although Defendant has sought a few enlargements, the purpose of these enlargements was to ensure that Defendant would be in the best position to defend its search and withholdings. Specifically, the undersigned and BOP's FOIA leadership considered one search for logs was too narrow and directed FOIA staff to broaden the search.

1

3. The new search returned in a few thousand records that needed to be processed and released. At the time Defendant requested its last enlargement, none of these records had been released, but last week, the undersigned received an email from Agency Counsel indicating the processing and releases have been completed along with some new proposed declarations.

4. Due to the press of other deadlines, including, to mention just a few, substantive pleadings due every day since last Wednesday, the undersigned has not been able to review the declaration and provide Agency Counsel any feedback. The additional time sought would enable the undersigned to conduct this due diligence as well as prepare Defendant's dispositive motion for filing after this office's supervisory review and comment, if any.

5. In addition, the undersigned will be on leave during the week of Thanksgiving and does not return until the first week of December. This is the first time the undersigned has been able to take a block of leave since last April.

6. Pursuant to LCvR 7(m), the undersigned did not confer with Plaintiff because he is incarcerated. Given that Plaintiff has received a significant number of responsive records he had not previously, it does not appear that this enlargement prejudices him significantly.

Wherefore, Defendant respectfully requests that the Court grant this enlargement of time to file Defendant's dispositive motion. A proposed Order reflecting the requested relief is attached for the Court's consideration, but a Minute Order would be just a welcome if the Court prefers.

\*   \*   \*

October 30, 2023                                  Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:         /s/
KENNETH ADEBONOJO
Assistant United States Attorney
601 D Street, N.W. – Civil Division
Washington, D.C.   20530
Telephone: (202) 252-2562

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDGAR VEYTIA, ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No. 21-1829 (ABJ) |
| v. ) | (ECF) |
| ) | |
| BUREAU OF PRISONS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

After considering this motion, the record herein, and applicable law,

it is this ____ day of _____, 202_, hereby

**ORDERED**, that the Defendant's motion is hereby GRANTED; and it is

**FURTHER ORDERED**, that Defendant shall file its Motion for Summary Judgment no later than December 7, 2023; Plaintiff's Opposition is due no later than January 22, 2024; and Defendant's Reply is due no later than February 22, 2024.

HON. AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing Defendant's Motion to Enlarge Time to be served upon Plaintiff as follows:

EDGAR VEYTIA, *pro se*
Reg. No. 60875-298
Brooklyn Metro. Det. Ctr
Inmate Mail/Parcels
P.O. Box 329002
Brooklyn, NY 11232

/s/
KENNETH ADEBONOJO
Assistant United States Attorney