UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| EDGAR VEYTIA, | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | Civil Action No. 21-1829 (ABJ) (ECF) |
| BUREAU OF PRISONS, | ) ) ) | |
| Defendant. | ) ) ) | |

**MOTION TO ENLARGE TIME TO FILE DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

Pursuant to the Federal Rule of Civil Procedure ("Rule") 6(b)(1)(A), the Bureau of Prisons, *et al.* ("Defendant" or "BOP"), by and through undersigned counsel, respectfully requests an enlargement of time until February 29, 2024, to file Defendant's Motion for Summary Judgment in response to the Complaint filed by Edgar Veytia ("Plaintiff"). In support hereof, Defendant respectfully proffers the following good cause:

1. This action under the Freedom of Information Act, 5 U.S.C. § 552, *et seq.* ("FOIA"), arises out of from twelve complex requests for various records, *see generally* ECF No. 1, and Defendant's dispositive motion is now due. Defendant does not make this request lightly or to unduly delay an adjudication of this action.

2. As the Court may recall, the only remaining records outstanding pertain to Plaintiff's request for emails written by a prison officer about him. Previously, BOP had taken the position that it would not search for these records. At the undersigned's insistence, BOP revisited its position is now in the process of processing and releasing these records.

1

3.      Since Defendant's last request for an enlargement, BOP has completed its search of the official's emails and is in the process of processing responsive records for release.   The undersigned understands that responsive records are scheduled to go out as early as this week. The process of completing the search and releasing records was delayed by former agency counsel's retirement, the assignment of a new one, and the intervening holidays.

4.      The undersigned had been pressing for the reassignment of this case to a new agency counsel and has been working to bring the processing and release of responsive records to a close, including up until a few minutes ago.   In the coming weeks, the undersigned will be working with agency counsel to make necessary changes to a previously submitted declaration and to ensure that the BOP's positions are fully justified to withstand the Court's scrutiny.

5.      Pursuant to LCvR 7(m), the undersigned did not confer with Plaintiff because he is incarcerated.   The undersigned does not discern any significant prejudice to Plaintiff because these delays have resulted in the release of additional records to him as is the case with this particular request for an enlargement.

Wherefore, Defendant respectfully requests that the Court grant this enlargement of time to file Defendant's dispositive motion.   A proposed Order reflecting the requested relief is attached for the Court's consideration, but a Minute Order would be just a welcome if the Court prefers.

*     *     *

January 16, 2024                                    Respectfully submitted,

                                                               MATTHEW M. GRAVES, D.C. Bar #481052
                                                               United States Attorney

                                                               BRIAN P. HUDAK
                                                               Chief, Civil Division

                                                               By:      /s/
                                                               KENNETH ADEBONOJO
                                                               Assistant United States Attorney
                                                               Patrick Henry Building
                                                               601 D Street, N.W. – Civil Division
                                                               Washington, D.C.  20530
                                                               Telephone: (202) 252-2562

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| EDGAR VEYTIA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Civil Action No. 21-1829 (ABJ) |
| v. | ) | (ECF) |
| | ) | |
| BUREAU OF PRISONS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

After considering this motion, the record herein, and applicable law,

it is this ____ day of _____, 202_, hereby

**ORDERED**, that the Defendant's motion is hereby GRANTED; and it is

**FURTHER ORDERED**, that Defendant shall file its Motion for Summary Judgment no later than February 29, 2024; Plaintiff's Opposition is due no later than April 15, 2024; and Defendant's Reply is due no later than May 7, 2024.

HON. AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE

4

**CERTIFICATE OF SERVICE**

      I certify that I caused a copy of the foregoing Defendant's Motion to Enlarge Time to be served upon Plaintiff as follows:

EDGAR VEYTIA, *pro se*
Reg. No. 60875-298
Brooklyn Metro. Det. Ctr
Inmate Mail/Parcels
P.O. Box 329002
Brooklyn, NY 11232

                                              /s/
                                       KENNETH ADEBONOJO
                                       Assistant United States Attorney