UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDGAR VEYTIA, ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No. 21-1829 (ABJ) |
| v. ) | (ECF) |
| ) | |
| BUREAU OF PRISONS, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO ENLARGE TIME TO FILE DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

Pursuant to the Federal Rule of Civil Procedure ("Rule") 6(b)(1)(A), the Bureau of Prisons, *et al.* ("Defendant" or "BOP"), by and through undersigned counsel, respectfully requests an enlargement of time until April 9, 2024, to file Defendant's Motion for Summary Judgment in response to the Complaint filed by Edgar Veytia ("Plaintiff"). In support hereof, Defendant respectfully proffers the following good cause:

1. This action under the Freedom of Information Act, 5 U.S.C. § 552, *et seq*. ("FOIA"), arises out of from twelve complex requests for various records, *see generally* ECF No. 1, and Defendant's dispositive motion is now due. Defendant does not make this request lightly or to unduly delay an adjudication of this action.

2. In FOIA Request No. 2020-03698, Plaintiff sought "every email, note, letter, memorandum, and or other investigative material sent by S.I.S. J. Parker." *Id*.[1] In FOIA Request No. 2021-03892, which has five different subparts, Plaintiff sought "all reports

---

[1] Plaintiff erroneously refers to this as FOIA Request Number 2020-3478.

1

generated by Special Investigative Supervisor Parker while I was at MDC-Brooklyn, NY, from April 2017 to January 2020." ECF No. 1 at 2.

3. Initially, Defendant had not searched for SIS Parker's emails and posited that the emails were subsumed the subsequent request, which resulted in the processing of almost 5,000 records during this litigation. At the undersigned's insistence, Defendant has now searched the emails that has now returned another approximately 50 pages of records.

4. Due to the overlap and duplication of some records responsive to both requests, the release was delayed, but the undersigned understands that the recently processed records were released last week. Since then, the undersigned has received a draft declaration, but is constrained to request this enlargement to confer further with Agency Counsel to reconcile some of BOP's averments given Plaintiff's several complex requests.

5. The additional time is also needed in light of the several other deadlines before this Court and the D.C. Circuit related to increase in cases being assigned to defensive attorneys in the Civil Division. The additional time would enable the undersigned to confer with Agency Counsel meaningfully with the goal of submitting a dispositive motion that satisfies the Court.

6. Pursuant to LCvR 7(m), the undersigned did not confer with Plaintiff because he is incarcerated. The undersigned does not discern any significant prejudice to Plaintiff because these delays have resulted in the release of additional records, including a release just last week.

Wherefore, Defendant respectfully requests that the Court grant this enlargement of time to file Defendant's dispositive motion. A proposed Order reflecting the requested relief is attached for the Court's consideration, but a Minute Order would be just a welcome if the Court prefers.

2

February 29, 2024                              Respectfully submitted,

                                               MATTHEW M. GRAVES, D.C. Bar #481052
                                               United States Attorney

                                               BRIAN P. HUDAK
                                               Chief, Civil Division

                                               By:      /s/
                                               KENNETH ADEBONOJO
                                               Assistant United States Attorney
                                               Patrick Henry Building
                                               601 D Street, N.W. – Civil Division
                                               Washington, D.C.   20530
                                               Telephone: (202) 252-2562

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| EDGAR VEYTIA, ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No. 21-1829 (ABJ) |
| v. ) | (ECF) |
| ) | |
| BUREAU OF PRISONS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

After considering this motion, the record herein, and applicable law,

it is this ____ day of _____, 202_, hereby

**ORDERED**, that the Defendant's motion is hereby GRANTED; and it is

**FURTHER ORDERED**, that Defendant shall file its Motion for Summary Judgment no later than April 9, 2024; Plaintiff's Opposition is due no later than May 17, 2024; and Defendant's Reply is due no later than June 18, 2024.

          HON. AMY BERMAN JACKSON
          UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing Defendant's Motion to Enlarge Time to be served upon Plaintiff as follows:

EDGAR VEYTIA, *pro se*
Reg. No. 60875-298
Brooklyn Metro. Det. Ctr
Inmate Mail/Parcels
P.O. Box 329002
Brooklyn, NY 11232

                                                 /s/
                                      KENNETH ADEBONOJO
                                      Assistant United States Attorney